IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JODIE LYNN ALDRICH, | : | Case No. 3:13-CV-02321 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | (Magistrate Judge Cohn) |
| CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY | : | |
| Defendant. | : | |

**ORDER**

April 10, 2015

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. United States Magistrate Judge Gerald B. Cohn's Report and Recommendation is **ADOPTED WITH MODIFICATION**. ECF No. 20.

2. Plaintiff's objections are **OVERRULED**. ECF No. 21

3. The Commissioner's decision is **AFFIRMED**.

4. The Clerk of Court is directed to enter judgment in favor of the Commissioner of Social Security and against the Plaintiff.

1

BY THE COURT:

/s Matthew W. Brann
Matthew W. Brann
United States District Judge